| | |
|---|---|
| 1 | ROBERT P. VARIAN (SBN 1107459) |
|   | Email: rvarian@orrick.com |
| 2 | ALEXANDER K. TALARIDES (SBN 154709) |
|   | Email: atalarides@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 5 | Telephone: (415) 773-5700 |
|   | Facsimile: (415) 773-5759 |
| 6 | |
| 7 | *Attorneys for Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPU SHAH, On Behalf of Herself and All Others Similarly Situated, | Case No.  4:14-cv-03998-PJH |
| Plaintiff, | **NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)** |
| v. | |
| ROCKET FUEL INC., GEORGE H. JOHN, J. PETER BARDWICK, CREDIT SUISSE (USA) LLC, and CITIGROUP GLOBAL MARKETS INC., | |
| Defendants, | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert P. Varian, of the law firm of Orrick, Herrington & Sutcliffe LLP, hereby enters an appearance as counsel for defendants Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc. (the "Underwriter Defendants"), and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Robert P. Varian
> Orrick, Herrington & Sutcliffe LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA  94105-2669
> Telephone: (415) 773-5700
> Facsimile: (415) 773-5759
> Email: rvarian@orrick.com

This appearance is without prejudice to, or waiver of, any defense that the Underwriter Defendants may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

Dated: September 30, 2014            Respectfully Submitted,

By:            /s/ Robert P. Varian
                     ROBERT P. VARIAN

*Attorneys for Credit Suisse Securities (USA) LLC
and Citigroup Global Markets Inc.*