Case 4:14-cv-03998-PJH   Document 207   Filed 01/23/17   Page 1 of 1


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ROCKET FUEL INC.
SECURITIES LITIGATION

Case No.14-cv-03998-PJH

**ORDER VACATING HEARING DATE**

Re: Dkt. No. 186

Pursuant to Civil Local Rule 7-1(b), the court finds that plaintiffs' motion for leave to file an amended complaint, which has been noticed for hearing on January 25, 2017, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated:  January 23, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge