UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ROCKET FUEL INC. SECURITIES LITIGATION

Case No. 14-cv-03998-PJH

**ORDER RE: REFILING OF DOCUMENTS LODGED UNDER SEAL**

Re: Dkt. No. 210

On January 24, 2017, the court denied all of the parties' motions for leave to file under seal (Dkt. 183, 195, 201), permitting only the redaction of employee names, the names of specific third-party clients of Rocket Fuel, and the (partial) sealing of two technical documents. Dkt. 210 at 11. The court ordered the parties to refile their briefs and supporting papers on the public docket, with appropriate redactions, within 14 days of the court's ruling. Id. at 11–12. Refiling was therefore due by February 7, 2017. On that day, lead plaintiffs publicly refiled their papers in accordance with the court's order. Dkt. 213.

Defendants have refiled redacted versions of two of the documents that it conditionally filed under seal in their entirety: Exhibits 6 and 7 to the Mitchell Declaration (Dkt. 195-1). Dkt. 211, 212. However, defendants have not publicly refiled Exhibits 8, 9, and 10 to the Mitchell Declaration, which were also conditionally filed under seal. See Dkt. 195-10, 195-11, 195-12. Defendants shall publicly refile appropriately redacted versions of these documents forthwith, in accordance with the court's prior order.

**IT IS SO ORDERED.**

Dated: February 9, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge