Ramzi Abadou (SBN 222567)
**KAHN SWICK & FOTI, LLP**
912 Cole Street, #251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Lead Counsel for Lead Plaintiffs*

[Additional Counsel Appear on Motion's Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re ROCKET FUEL, INC. SECURITIES LITIGATION | ) Docket No. 4:14-cv-03998-PJH |
| | ) |
| | ) <u>CONSOLIDATED CLASS ACTION</u> |
| _____ | ) |
| | ) **DECLARATION OF RAMZI ABADOU IN** |
| This Document Relates To: | ) **SUPPORT OF  LEAD PLAINTIFFS'** |
| ALL ACTIONS | ) **NOTICE OF MOTION AND UNOPPOSED** |
| | ) **MOTION FOR PRELIMINARY** |
| | ) **APPROVAL OF SETTLEMENT** |
| | ) |
| | ) |
| | ) **Judge:** Hon. Phyllis J. Hamilton |
| | ) **Courtroom:** 3rd Floor, No. 3 |
| | ) Date: May 31, 2017 |
| | ) Time: 9:00 a.m. |

I, Ramzi Abadou, hereby declare as follows:

1.      I am a partner at the law firm of Kahn Swick & Foti, LLP.  I respectfully submit this Declaration in Support of the Lead Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Settlement.  If called as a witness, I could and would competently testify thereto to all facts within my personal knowledge.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendants' Amended Responses to Requests Numbers 1 Through 17 of Lead Plaintiffs' First Set of Requests for Admissions to Defendants;

3.      Attached hereto as **Exhibit 2** are true and correct copies of the certifications executed by Lead Plaintiff Patrick Browder, both individually and in his capacity as a representative of Browder Capital, LLC;

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the certification executed by Lead Plaintiff Oklahoma Firefighters Pension and Retirement System;

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the firm résumé for Kahn Swick and Foti, LLC;

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the firm résumé for Kaplan Fox and Kilsheimer, LLP;

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the résumé for the proposed Claims Administrator, A.B. Data, Ltd.  A.B. Data, Ltd. has estimated that it will cost $185,655.55 to fully administer the settlement of this case.

Executed this 25th Day of April, 2017 in San Francisco, California.


                                        *s/ Ramzi Abadou*
                                        Ramzi Abadou