# **<u>Exhibit 1</u>**

1  NINA F. LOCKER, State Bar No. 123838
   Email:  nlocker@wsgr.com
2  RODNEY G. STRICKLAND, JR., State Bar No. 161934
   Email:  rstrickland@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email:  jostler@wsgr.com
4  EVAN L. SEITE, State Bar No. 274641
   Email:  eseite@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8
   *Attorneys for Defendants Rocket Fuel Inc.,*
9  *George H. John, J. Peter Bardwick,,*
   *and Richard Frankel*
10
                **UNITED STATES DISTRICT COURT**
11
               **NORTHERN DISTRICT OF CALIFORNIA**
12
                    **OAKLAND DIVISION**
13

14 | In re ROCKET FUEL, INC. SECURITIES | ) | CASE NO.:  4:14-CV-03998-PJH |
   | LITIGATION | ) | |
15 | | ) | **CONSOLIDATED CLASS ACTION** |
   | | ) | |
16 | | ) | **DEFENDANTS' AMENDED** |
   | | ) | **RESPONSES TO REQUESTS** |
   | | ) | **NUMBERS 1 THROUGH 17 OF** |
17 | | ) | **LEAD PLAINTIFFS' FIRST SET OF** |
   | | ) | **REQUESTS FOR ADMISSIONS TO** |
18 | | ) | **DEFENDANTS** |
   | ————————————————— | ) | |
19 | | ) | |
   | This Document Relates to: | ) | |
20 | ALL ACTIONS | ) | |
   | ————————————————— | ) | |
21

22

23

24

25

26

27

28

1      Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Rocket Fuel Inc. ("Rocket

2 Fuel"), George H. John, Richard Frankel, and J. Peter Bardwick (collectively with Rocket Fuel,

3 the "Defendants") hereby provide supplemental responses to Requests Numbers 1 through 17 of

4 Lead Plaintiffs' First Set of Requests for Admissions.  The below objections and responses replace

5 Defendants' responses to Nos. 1-17 of Plaintiffs' First Set of Requests for Admissions, served by

6 defendants on April 21, 2016.

7 **I.      GENERAL OBJECTIONS**

8      Defendants make the following General Objections to the Requests, whether or not fully

9 set forth in the specific objections to each Request.

10      1.      Defendants object to the Requests and to the "Instructions" to the extent they

11 purport to impose any obligations beyond those imposed by the Federal Rules of Civil Procedure,

12 local rules, or any other applicable rules.

13      2.      Defendants object to the Requests to the extent they seek information protected by

14 the attorney-client privilege, the work product doctrine, the joint defense or community of interest

15 privilege, or any other applicable privilege.  Defendants will not provide any such information in

16 their responses.

17      3.      Defendants object to the Requests to the extent they seek information that is not

18 relevant to the claims or defenses of any party.

19      4.      Defendants object to the Requests to the extent that they are vague and ambiguous

20 and call for speculation outside the personal knowledge of Defendants or their attorneys.

21      5.      The subject matter of the Requests is under continuing investigation.  The Requests

22 demand that Defendants admit or deny matters that they can neither admit nor deny based on the

23 facts now available to them.  Defendants reserve the right under Federal Rule of Civil Procedure

24 26(e) to supplement their responses.

25      6.      Defendants object to Plaintiffs' definition of "Class," which presumes that there are

26 persons who "were damaged by the conduct asserted in the Complaint."  Defendants deny that any

27 person was damaged by the conduct asserted in the Complaint.  For the purpose of these Amended

28 Responses, Defendants construe "Class" to mean "all persons and entities who purchased or

1  otherwise acquired the publicly traded securities of Rocket Fuel Inc. between September 20, 2013

2  and August 5, 2014, inclusive, and who are not excluded by virtue of their status as or relationship

3  to an officer or director of Rocket Fuel." Defendants do not, however, admit that this is an

4  appropriate definition of a class to be certified in this action, and do not admit that any class

5  should be certified at all.

6  **II.      SPECIFIC OBJECTIONS AND RESPONSES**

7            In addition to the General Objections set forth above, which are expressly incorporated by

8  reference in each response below, Defendants further make the following objections and

9  responses.

10  **REQUEST FOR ADMISSION NO. 1:**

11            Admit that the Class contains more than one hundred (100) members.

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

13            Admitted.

14  **REQUEST FOR ADMISSION NO. 2:**

15            Admit that the Class is so numerous that joinder of all members of the Class would be

16  impracticable.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

18            Admitted.

19  **REQUEST FOR ADMISSION NO. 3:**

20            Admit that there are questions of law that are common to all Class members.

21  **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

22            Admitted.

23  **REQUEST FOR ADMISSION NO. 4:**

24            Admit that there are questions of fact that are common to all Class members.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

26            Admitted.

27

28

**REQUEST FOR ADMISSION NO. 5:**

Admit that whether Defendants violated the federal securities laws is a question of law and/or fact common to all Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Denied.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the nature and existence of the material misrepresentations and omissions alleged in the Complaint is a question of law and/or fact common to all Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the Complaint alleges a misrepresentation on Rocket Fuel's Website that forms a common course of conduct that affected all members of the Class.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Denied.

**REQUEST FOR ADMISSION NO. 8:**

Admit that whether Defendants publicly omitted and/or misrepresented material facts is a question of law and/or fact common to all Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Admitted.

**REQUEST FOR ADMISSION NO. 9:**

Admit that whether the price of Rocket Fuel's publicly traded common stock was artificially inflated during the Class Period as a result of Defendants' allegedly wrongful conduct is a question of law and/or fact common to all Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admitted.

**REQUEST FOR ADMISSION NO. 10:**

Admit that whether Defendants' misrepresentation on the Blog as alleged in ¶127 of the Complaint caused Class members to suffer economic losses is a question of law and/or fact common to all Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Denied.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the extent to which members of the Class sustained damages is a question of law and/or fact common to all Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that the proper measure of damages sustained by Class members is a question of law and/or fact common to all Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Defendants admit that the proper measure of damages for violation of Sections 10(b) and 20(a) of the Exchange Act of 1934 is governed by federal law that is the same for all Class members.  Defendants deny that the actual measure of damages allegedly sustained by each Class member here is a question common to all Class members.

**REQUEST FOR ADMISSION NO. 13:**

Admit that whether the Individual Defendants are liable as "control persons" under Section 20(a) of the Securities and Exchange Act of 1934 is a question of law and/or fact common to all putative Class members.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Denied.

**REQUEST FOR ADMISSION NO. 14:**

Admit that questions common to members of the Class - including whether the statement alleged in ¶127 of the Complaint was materially false and misleading and whether Defendants

1   acted with scienter - predominate over questions affecting only individual members of the putative

2   Class.

3   **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

4       Denied.

5   **REQUEST FOR ADMISSION NO. 15:**

6       Admit that the claims of putative Class members involve the same legal theories and set of

7   operative facts as the claims alleged by Lead Plaintiffs.

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

9       Denied.

10   **REQUEST FOR ADMISSION NO. 16:**

11       Admit that Lead Plaintiffs' claims are typical of the putative Class's claims.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

13       Denied.

14   **REQUEST FOR ADMISSION NO. 17:**

15       Admit that a class action is superior to other available methods for efficiently and fairly

16   adjudicating putative Class members' claims.

17   **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

18       Denied.

19

20   Dated:  May 27, 2016          WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

21

22

    By: _____s/ Joni Ostler_____

23       Joni Ostler
    jostler@wsgr.com

24

*Attorneys for Defendants*

25   *Rocket Fuel Inc., George H. John, J. Peter
Bardwick, and Richard Frankel*

26

27

28

<u>**DECLARATION OF SERVICE BY E-MAIL**</u>

I, Joni Ostler, declare:

I am employed in Santa Clara County.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On May 27, 2016, pursuant to stipulation of the parties, I served the foregoing **DEFENDANTS' AMENDED RESPONSES TO REQUESTS NUMBERS 1 THROUGH 17 OF LEAD PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANTS** on counsel for Plaintiffs listed below, by transmitting a true and correct copy thereof from my business email address to the recipients' email addresses listed in the Service List below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on May 27, 2016.

<u>s/ Joni Ostler</u>
Joni Ostler

**SERVICE LIST:**

Laurence King
KAPLAN FOX & KILSHEIMER LLP
lking@kaplanfox.com

Mario Choi
KAPLAN FOX & KILSHEIMER LLP
mchoi@kaplanfox.com

Joel Strauss
KAPLAN FOX & KILSHEIMER LLP
jstrauss@kaplanfox.com

Alexander Burns
KAHN SWICK & FOTI, LLP
alexander.burns@ksfcounsel.com

Ramzi Abadou
KAHN SWICK & FOTI, LLP
Ramzi.abadou@ksfcounsel.com