# Exhibit 3

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Robert E. Jones, Jr., on behalf of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby declare that:

1. I am authorized to make a certification on behalf of Oklahoma Firefighters.

2. I have reviewed the complaint filed in this action alleging violations of the securities laws and Oklahoma Firefighters is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it. I have also reviewed the motion for lead plaintiff and supporting papers filed herewith.

3. Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. Oklahoma Firefighters is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary. Oklahoma Firefighters fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5. Oklahoma Firefighters' transactions in Rocket Fuel, Inc.'s common stock during the proposed class period are set forth in Schedule A, which is attached hereto.

6. Oklahoma Firefighters sought to serve and serves or served as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Miller Energy Resources, Inc. Securities Litigation*, Case No. 11-cv-386 (E.D. Tenn.)
*Oklahoma Firefighters Pension & Retirement System, et al., v. Student Loan Corp., et al.*, Case No. 12-cv-895 (S.D.N.Y.)
*In re Mako Surgical Corporation Securities Litigation*, Case No. 12-cv-60875 (S.D. Fla.)
*Reinschmidt v. Zillow, Inc., et al.*, Case No. 12-cv-2084 (W.D. Wash.)
*Fialkov v. Microsoft Corp., et al.*, Case No. 13-cv-2039 (W.D. Wash.)
*In re Tower Group International Ltd. Securities Litigation*, Case No. 13-cv-5852 (S.D.N.Y.)
*In re Edwards Lifesciences Corp. Securities Litigation*, Case No. 13-cv-1463 (C.D. Cal.)
*In re Velti PLC Securities Litigation*, Case No. 13-cv-3889 (N.D. Cal.)
*Santore v. Ixia, et al.*, Case No. 13-cv-8440 (C.D. Cal.)
*In re K12, Inc. Securities Litigation*, Case No. 14-cv-108 (E.D. Va.)
*In re Herbalife, Ltd. Securities Litigation*, Case No. 14-cv-2850 (C.D. Cal.)

7. Oklahoma Firefighters sought to serve as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years but either withdrew its motion or was not appointed as of the date of this certification:

*Wallace v. Intralinks Holdings, Inc., et al.*, Case No. 11-cv-8861 (S.D.N.Y.)
*Hoppaugh v. K12 Inc., et al.*, Case No. 12-cv-103 (E.D. Va.)
*In re Verifone Securities Litigation*, Case No. 13-cv-1038 (N.D. Cal.)
*Mazzaferro v. Aruba Networks, Inc., et al.*, Case No. 13-cv-2342 (N.D. Cal.)
*Singh v. Orthofix International N.V., et al.*, Case No. 13-cv-5696 (S.D.N.Y.)
*Hatamian, et al. v. Advanced Micro Devices, Inc., et al.*, Case No. 14-cv-226 (N.D. Cal.)
*In re Ply Gem Holdings, Inc. Securities Litigation*, Case No. 14-cv-3577 (S.D.N.Y.)

8. Oklahoma Firefighters will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

9. I declare under penalty of perjury that the foregoing is true and correct, executed on this 31st day of October, 2014.

*[signature]*
Robert E. Jones, Jr.
*Executive Director of the*
*Oklahoma Firefighters Pension and*
*Retirement System*

## Schedule A
## Oklahoma Firefighers' Transactions in Rocket Fuel, Inc.'s Common Stock

| Security Name | CUSIP | Transaction | Trade Date | Shares | Share Price |
|---|---|---|---|---|---|
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 9/20/2013 | 3,800 | $55.9820 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 9/20/2013 | 200 | $55.6800 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 12/13/2013 | 100 | $45.8363 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 12/13/2013 | 200 | $46.0550 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 12/16/2013 | 600 | $48.1670 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 12/17/2013 | 100 | $48.9654 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 12/18/2013 | 86 | $51.3250 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 1/16/2014 | 1,096 | $68.7789 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 1/16/2014 | 900 | $68.6461 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 1/27/2014 | 764 | $58.7921 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 1/31/2014 | 5,300 | $61.0000 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/13/2014 | -700 | $45.6451 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/13/2014 | -500 | $45.0650 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/14/2014 | -1,217 | $47.1595 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 3/17/2014 | 71 | $48.6459 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/19/2014 | -2,394 | $49.8826 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/20/2014 | -810 | $48.2498 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/21/2014 | -400 | $46.3138 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/21/2014 | -400 | $45.6400 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/21/2014 | -342 | $46.3650 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/28/2014 | -100 | $45.2828 |

| Security Name | CUSIP | Transaction | Trade Date | Shares | Share Price |
|---|---|---|---|---|---|
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/28/2014 | -400 | $45.7500 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 3/31/2014 | -500 | $43.8929 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/1/2014 | -500 | $43.0156 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/1/2014 | -400 | $43.1000 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/1/2014 | -300 | $42.9950 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/2/2014 | -459 | $41.8444 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/3/2014 | -100 | $38.8262 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/3/2014 | -200 | $39.1350 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/3/2014 | -500 | $38.9824 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/4/2014 | -800 | $38.7829 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/4/2014 | -300 | $38.7829 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/4/2014 | -500 | $39.6706 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/4/2014 | -693 | $39.4726 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/4/2014 | -200 | $38.6050 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/4/2014 | -400 | $38.6050 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | SELL | 4/7/2014 | -102 | $40.7821 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/9/2014 | 600 | $21.1471 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/9/2014 | 1,472 | $21.5905 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/12/2014 | 748 | $21.3638 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/12/2014 | 300 | $21.5700 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/12/2014 | 58 | $21.7875 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/13/2014 | 512 | $21.7484 |
| ROCKET FUEL INC | '773111109 | BUY | 5/13/2014 | 500 | $21.9050 |

| Security Name | CUSIP | Transaction | Trade Date | Shares | Share Price |
|---|---|---|---|---|---|
| COMMON STOCK USD.001 | | | | | |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/20/2014 | 100 | $23.7963 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/20/2014 | 100 | $23.7963 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/21/2014 | 100 | $24.4894 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/21/2014 | 100 | $24.4894 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/21/2014 | 200 | $24.4894 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/21/2014 | 600 | $24.3992 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/21/2014 | 700 | $24.3992 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/21/2014 | 1,100 | $24.3992 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/22/2014 | 200 | $24.4894 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/22/2014 | 200 | $24.4894 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/22/2014 | 300 | $24.4894 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/22/2014 | 100 | $24.2988 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/22/2014 | 200 | $24.2988 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/22/2014 | 200 | $24.2988 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/23/2014 | 100 | $24.5875 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/23/2014 | 100 | $24.5874 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/23/2014 | 100 | $24.5871 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/23/2014 | 200 | $24.4596 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/23/2014 | 200 | $24.4596 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/23/2014 | 300 | $24.4597 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/27/2014 | 300 | $24.7330 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/27/2014 | 200 | $24.7329 |

| Security Name | CUSIP | Transaction | Trade Date | Shares | Share Price |
|---|---|---|---|---|---|
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/27/2014 | 500 | $24.7330 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/28/2014 | 200 | $24.6524 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/28/2014 | 100 | $24.6100 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/28/2014 | 100 | $24.6100 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/28/2014 | 100 | $24.6100 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/28/2014 | 100 | $24.6523 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/28/2014 | 100 | $24.6524 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/29/2014 | 200 | $25.1017 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/29/2014 | 100 | $25.1018 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/29/2014 | 100 | $25.1018 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/30/2014 | 200 | $24.7626 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/30/2014 | 200 | $24.7620 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 5/30/2014 | 400 | $24.7621 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 6/2/2014 | 123 | $24.4038 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 6/2/2014 | 185 | $24.4040 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 6/2/2014 | 18 | $24.4038 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 7/11/2014 | 700 | $24.0068 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 7/14/2014 | 889 | $25.2561 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 7/29/2014 | 200 | $25.3275 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 7/31/2014 | 300 | $26.4387 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 8/1/2014 | 300 | $26.1300 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 8/1/2014 | 400 | $25.2304 |
| ROCKET FUEL INC | '773111109 | BUY | 8/1/2014 | 400 | $25.3594 |

6

| Security Name | CUSIP | Transaction | Trade Date | Shares | Share Price |
|---|---|---|---|---|---|
| COMMON STOCK USD.001 | | | | | |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 8/4/2014 | 1,100 | $25.3493 |
| ROCKET FUEL INC COMMON STOCK USD.001 | '773111109 | BUY | 8/5/2014 | 266 | $26.1405 |