**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re ROCKET FUEL, INC. SECURITIES LITIGATION | Case No. 4:14-CV-03998-PJH (JCS) |
| | **CONSOLIDATED CLASS ACTION** |
| This Document Relates To: ALL ACTIONS | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES |
| | Judge: Hon. Phyllis J. Hamilton<br>Date: October 11, 2017<br>Time: 9:00 a.m.<br>Courtroom: 3, 3rd Floor |

1  This matter came before the Court pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Order") dated June 5, 2017, on the application of Lead Plaintiffs for attorneys' fees and reimbursement of litigation expenses.  Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. This Court hereby awards Lead Plaintiffs' attorneys' fees for the class action settlement in the amount of $787,500.00 (25% of the class settlement fund), plus interest.

2. This Court awards Lead Plaintiffs' attorneys' reimbursement of costs and expenses in the amount of $228,384.59, plus interest, which shall be paid from the class settlement fund in accordance with the terms of the Stipulation of Settlement, dated April 25, 2017.

3. This Court awards Lead Plaintiff Patrick Browder for his costs and expenses in the amount of $5,769.00.

IT IS SO ORDERED.

DATED:  October 11, 2017

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Proposed] Order re Fees                                      - 1 -
No. 14-cv-3998